

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00458-CR

| | | |
|---|---|---|
| SERGIO MARTINEZ CORONA AKA SERIGO MARTINEZ, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13984) |
| V. | § | August 26, 2019 |
| | § | Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By \_\_\_\_/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot